# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/2/2015 4:38:42 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 -** 14 **-** 00323 **-** CV

Trial Court Style: Aspect International, Inc. & James Sterling v. David Tubb & Superior Shooting System, Inc.

Trial Court & County: 7th District Court, Smith County          Trial Court No.: 13-0367-A

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:          12-04-14

Anticipated Number of Pages of Record:          850+

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:          (Check all that apply - attach additional pages if necessary.)

☐          to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒          my duties listed below preclude working on this record:  I received payment for this record on or about Nov 20th; was in midst of two-week trial in Delaune v. ETMC, 13-0984-A.  Reporter was in trial in STX v. Christopher Thurman, 007-1224-14; STX v Jeremy Wells, 007-1109-14 & Fix v State Farm, 14-0024-A the month of December 2014.

☒          Other.  (Explain.):  Reporter was on vacation December 19th through the 29th.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 2-05-15 , and **I hereby request an additional** 30 **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

1-02-15
Date                                        Signature     /s/Jennifer Lowrance

(903)590-1647
Office Phone Number                   Printed Name     Jennifer Lowrance

jlowrance@smith-county.com
E-mail Address (if available)          Official Title     Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> ***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Name: Mr. Gregory D. Smith

Address: 100 E. Ferguson, Suite 500

Tyler, Texas 75702

Phone no.: (903)597-3301

Attorney for: Mr. David Tubb

Lead Counsel for **APPELLEE(S)**:

Name: Mr. Keith Dollahite

Address: 5457 Donnybrook Avenue

Tyler, Texas 75703

Phone no.: (903)581-2110

Attorney for: Mr. James Sterling

Lead Counsel for **APPELLANT(S)**:

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for **APPELLEE(S)**:

Name:

Address:

Phone no.:

Attorney for:

Additional information, if any: